[Civ. No. 1346.   Second Appellate District.—June 19, 1913.]

E. C. MORRIS, Appellant, v. OCCIDENTAL LIFE INSUR-ANCE COMPANY (a Corporation), et al., Respondents.

APPEAL—WITHDRAWAL BY ATTORNEY—FAILURE TO FILE BRIEFS.—Where the attorney for the appellant, after due notice and for good cause, withdraws from the case, and no briefs are on file, and the attention of the appellate court is not drawn to any error in the record, the judgment will be affirmed.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. Frederick W. Houser, Judge.

The facts are stated in the opinion of the court.

E. B. Drake, for Appellant.

Chamberlain & Page, D. L. Edmonds, and Campbell & Moore, for Respondents.

THE COURT—The transcript in this case was filed February 24, 1912. No briefs are on file. The attorney for appellant, after due notice and for good cause, withdrew from the case, and our attention has not been called to any error in the record.

The judgment and order are, therefore, affirmed.